**DISMISS; and Opinion Filed May 1, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01475-CV

**AMERICAN ALTERNATIVE INSURANCE CORPORATION, Appellant**
**V.**
**COWBOY CAB COMPANY, INC. D/B/A COWBOY CAB, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05270**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Evans
Opinion by Justice Lang-Miers

Before the Court is appellant's April 25, 2017 motion to dismiss this appeal. Appellant states that the claims in this matter "have been fully and finally resolved and settled." Accordingly, appellant's motion is granted and we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

161475F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AMERICAN ALTERNATIVE
INSURANCE CORPORATION, Appellant

No. 05-16-01475-CV    V.

COWBOY CAB COMPANY, INC. D/B/A
COWBOY CAB, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-05270.
Opinion delivered by Justice Lang-Miers
Justices Bridges and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Cowboy Cab Company, Inc. d/b/a Cowboy Cab recover its costs, if any, of this appeal from appellant American Alternative Insurance Corporation.

Judgment entered this 1st day of May, 2017.